IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ulo D.C.

05 MAY -3 PM 4: 55

ROBERT R. ... OLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Cr. No. 2:04-20400 D

CLYDE ARMSTEAD,

    Defendant.

ORDER GRANTING APPLICATION FOR WRIT
OF HABEAS CORPUS AD TESTIFICANDUM

THIS CAUSE having come before this Court on the 3rd day of May, 2005, upon the petition of the defendant for an order directing a Writ of Habeas Corpus Ad Testificandum, and for good cause shown, the court hereby GRANTS the motion.

The United States Marshal for the Western District of Tennessee, is hereby commanded to have David Milken, Booking Number 04119183, RNI # 220546, who is confined at the Shelby County Jail, 201 Poplar, to appear before United States District Court Judge Donald in Court on Wednesday, May 11, 2005, at 9:00 a.m.

IT IS SO ORDERED.

5-3-2005
DATE

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  5-9-05

(36)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CR-20400 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT