HABEAS CORPUS                                    FILED BY _____ /s/ _____ D.C.

# UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF TENNESSEE

05 MAY -9 AM 9: 13

ROB... ...OLIO
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

-------

NO: 04-20400 - D
**AD TETIFICANDUM**

TO:   DAVID G. JOLLEY, UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TENNESSEE,

**YOU ARE HEREBY COMMANDED** to have the person of **David Milken, booking Number 04119183, RNI # 220546** presently confined at Shelby County Jail, 201 Poplar by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained before the **Honorable Judge Bernice B. Donald.**, District Judge of the United States District Court for the Western District of Tennessee, in Courtroom 3 of said court, in the City of Memphis, Tennessee, at **9:00 a.m.**, on the **11th** day of **May, 2005**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

*WITNESS* the Honorable Judge Bernice B. Donald
United States District Judge at Memphis, Tennessee
this 9th day of May, 2005.

ROBERT R. DI TROLIO
*Clerk of Court*

By _____Judy Easley_____
   *Deputy Clerk*

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __5-9-05__

(37)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20400 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT