IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 5-12-2005
TIME: 9:46 Am
INITIALS: JH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-20400-D |
| | ) | |
| CLYDE ARMSTEAD, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The United States Marshal is hereby directed to permit David Milken, a pretrial detainee, to appear in civilian clothing as a witness in the trial of <u>United States v. Clyde Armstead</u>.

**IT IS SO ORDERED** this ____12th____ day of May, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-16-05

(39)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20400 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT