IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 19 PM 12:32

ROBERT ~~ DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | ) ) ) | |
| VS. | ) ) | CR. NO. 04-20400-D |
| CLYDE ARMSTEAD<br>Defendant. | ) ) ) ) | |

**ORDER ON JURY VERDICT AND <u>SETTING</u>**

This cause came on for trial on May 11, 2005, the United States Attorney for this district, Katrina Earley, appearing for the Government and the defendant, Clyde Armstead, appearing in person and with counsel, Mary Catherine Jermann, who represented the defendant.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on May 16, 2005, and announced a verdict of GUILTY to Count 1 of the Indictment.

Jurors were polled individually.

**SENTENCING** in this case is **SET** for **MONDAY, AUGUST 15, 2005, at 1:30 P.M., before Judge Bernice B. Donald.**

Defendant is to remain released on his present bond.

**ENTERED** this the 18th day of May, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-20-05

46

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CR-20400 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT