IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 10 AM 10: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Cr. No. 04-20400-D |
| CLYDE ARMSTEAD, | |
| Defendant. | |

### ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

IT APPEARING TO THIS COURT, THAT, upon the filed motion of the Defendant, there being good cause shown, that the motion of the Defendant is well-taken, and should be granted. The sentencing hearing set for August 15 at 1:30 PM is reset until *August 29, 2005 @ 4:30 p.m.*

IT IS SO ORDERED

_____
HONORABLE BERNICE B. DONALD
DISTRICT COURT JUDGE

DATE: *August 9, 2005*


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-12-05


50

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CR-20400 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT