UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

TNOMAS M. GOULD, CLERK
167 N. Main St.
Suite 242
Memphis, TN 38103
901-495-1200

December 9, 2005

Our records indicate that you have requested a refund of the case appearance bond posted in case number __04-20400__. We will not be able to issued the refund at this time because:

__X__ The defendant has not fully complied with the requirements of said bond and orders of this Court.

____ Yours is not the name of the payee on the receipt.

Please feel free to contact our office with any questions regarding this matter at the address or phone number listed above.

Thomas M. Gould,
Clerk of Court

BY: _____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:04-CR-20400 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT