IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
__WESTERN__ DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLYDE ARMSTEAD_____,

    Defendant.

Case No.__04-20400_____

## Amended ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and, the Clerk is directed to issue a check on the Registry in the sum of $ 1,000 , payable to __LaShawia Morrison_____ at _2910 Georgetown #2, Memphis, TN 38118_

        (Name)                           (Address)

in full refund of the cash appearance bond posted herein.

_____
United States District Judge

Approved.
Thomas M. Gould, Clerk of Court

BY: _____
      Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:04-CR-20400 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT