

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                     Case No.: 04-20400 D

**CLYDE ARMSTEAD,**

    Defendant.

---

### ORDER

---

Before the court is Defendant's Motion to Compel/Redact Pre-Sentencing Investigation report. For good cause shown, the motion is GRANTED. The probation office is directed to prepare an amended report by redacting the facts contained in paragraph 11.

**IT IS SO ORDERED** this _20th_ day of _December_, 2005.

                                                  BERNICE BOUIE DONALD
                                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12/23/05_



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:04-CR-20400 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT